RHONEY v. FELE

No. 441P99

Case below: 134 N.C.App. 614

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

RISSOLO v. SLOOP

No. 520P99

Case below: 135 N.C.App. 194

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

RUSH v. EMPLOYERS INS. OF WAUSAU

No. 540P98

Case below: 131 N.C.App. 554

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 March 2000.

SCHOOLER v. KENNEDY

No. 486P99

Case below: 135 N.C.App. 232

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

STATE v. ATKINSON

No. 570P99

Case below: 135 N.C.App. 631

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.